UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA MENDOZA,<br><br>        Plaintiff,<br><br>    v.<br><br>MONSANTO COMPANY,<br><br>        Defendant. | Case No. 1:16-cv-00406-DAD-SMS<br><br>**ORDER GRANTING MONSANTO COMPANY'S UNOPPOSED REQUEST FOR CONTNIUANCE OF RULE 26(f) SCHEDULING CONFERNCE AND RELATED DEADLINES**<br><br>Magistrate Judge: Sandra M. Snyder |

      Upon consideration of Monsanto Company's Unopposed Request for Continuance of Rule 26(f) Scheduling Conference and Related Deadlines and for good cause shown, IT IS HEREBY ORDERED that the motion is GRANTED. The Rule 26(f) scheduling conference previously set for June 29, 2016 is hereby CONTINUED to ***August 17, 2016 at 2:00 PM*** in Courtroom 1 (SMS). A Joint Scheduling Report prepared and executed by all counsel shall be electronically filed one (1) full week prior to the Scheduling Conference.

      IT IS SO ORDERED.

DATED: 6/7/2016                     /s/ SANDRA M. SNYDER
                                            UNITED STATES MAGISTRATE JUDGE